IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CONNOR CROWELL, on behalf of himself and all similarly situated employees,<br><br>Plaintiff,<br><br>v.<br><br>MSTREET ENTERTAINMENT, LLC; KAYNE PRIME, LLC; MOTO, LLC; 1120, LLC d/b/a SAINT AÑEJO; LIME, LLC d/b/a TAVERN MIDTOWN; VIRAGO, LLC; and WK, LLC d/b/a WHISKEY KITCHEN,<br><br>Defendants. | Case No. 3:21-cv-00517<br><br>District Judge Aleta A. Trauger<br>Magistrate Judge Holmes |

## NOTICE OF WITHDRAWAL OF CAITLIN MCKENNA

Pursuant to Local Rule 83.01(g), the undersigned counsel gives notice of the withdrawal of Caitlin McKenna of Morgan, Lewis & Bockius, LLP, admitted *pro hac vice*, as counsel of record for non-party ADP. Gregory T. Parks of Morgan, Lewis & Bockius, LLP and Grace Peck of Riley & Jacobson, PLC will continue to represent non-part ADP, Inc. in this matter.

1

Respectfully submitted,   *s/ Grace C. Peck*
                          Grace C. Peck (BPR #038558)
Dated: June 23, 2023      RILEY & JACOBSON PLC
                          1906 West End Avenue
                          Nashville, TN 37203-2309
                          Tel: (615) 320-3738
                          gpeck@rjfirm.com

                          Gregory T. Parks
                          Caitlin McKenna
                          MORGAN, LEWIS & BOCKIUS LLP
                          1701 Market Street
                          Philadelphia, PA 19103-2921
                          Tel: (215) 963-5000
                          Fax: (215) 963-5001
                          gregory.parks@morganlewis.com
                          caitlin.mckenna@morganlewis.com

                          *Counsel for ADP, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on June 23, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses on the attached Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to any non-CM/ECF participants indicated on the attached Notice List.

                                                    *s/ Grace C. Peck*
                                                    Grace C. Peck

                                                    *Counsel for ADP, Inc.*

# Mailing Information for a Case 3:21-cv-00517 Crowell v. M Street Entertainment, LLC et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Nicole A. Chanin**
  nchanin@barrettjohnston.com,rsarna@barrettjohnston.com

- **Merritt B. Chastain , III**
  mchastain@spencerfane.com

- **Marshall T. Cook**
  mcook@spencerfane.com,charris@spencerfane.com,cbaker@spencerfane.com

- **James A. Crumlin , Jr**
  jcrumlin@spencerfane.com,mtomasewski@spencerfane.com

- **Rebecca Wells Demaree**
  rwdemaree@cclawtn.com,dmbarker@cclawtn.com

- **Melody Fowler-Green**
  mel@yezbaklaw.com,Valerie@yezbaklaw.com,teeples@yezbaklaw.com

- **Joshua A. Frank**
  jfrank@barrettjohnston.com,jkarsten@barrettjohnston.com,rsarna@barrettjohnston.com,elusnak@barrettjohnston.com

- **David W. Garrison**
  dgarrison@barrettjohnston.com,jkarsten@barrettjohnston.com,jfrank@barrettjohnston.com,rsarna@barrettjohnston.com,elusnak@barrettjohnston.com,nchanin@barre

- **Caitlin McKenna**
  caitlin.mckenna@morganlewis.com

- **Gregory T. Parks**
  gregory.parks@morganlewis.com,sabrina.holmes@morganlewis.com

- **Grace Peck**
  gpeck@rjfirm.com,jgutierrez@rjfirm.com

- **N. Chase Teeples**
  teeples@yezbaklaw.com

- **Bethany M. Vanhooser**
  bvanhooser@spencerfane.com,cbagnasco@spencerfane.com,jtrapp@spencerfane.com

- **Kristen J. Walker**
  kwalker@spencerfane.com,astaats@spencerfane.com

- **Charles P. Yezbak , III**
  yezbak@yezbaklaw.com,admin@yezbaklaw.com,mel@yezbaklaw.com,teeples@yezbaklaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`