# EXHIBIT 1

## SETTLEMENT AGREEMENT AND RELEASE OF ALL CLAIMS

This Settlement Agreement and Release of All Claims ("Agreement") is made by and between M Street Entertainment, LLC; Kayne Prime, LLC; Moto, LLC; 1120, LLC; Lime, LLC; Virago, LLC; WK, LLC; MSEG, LLC; and Christoper Hyndman (collectively referred to herein as the "Company") and the class of plaintiffs who have opted into the lawsuit entitled *Crowell, et al. v. M Street Entertainment, LLC et al.*, 3:21-cv-00517 (M.D. Tenn.) and are represented by Connor Crowell (collectively referred to as "Plaintiffs" and Connor Crowell is referred to as "Named Plaintiff"). The Company and the Named Plaintiff are collectively referred to herein as "Parties".

1. **Consideration.** The Company agrees to pay the total sum of $1,475,000.00 in consideration for Plaintiffs' release of their claims, as set forth in this Agreement. The consideration shall be paid as follows:

   (i) $458,500.00 to Plaintiffs for back wages, tips, and liquidated damages allegedly due under the FLSA, in the individual amounts set forth in Attachment A;

   (ii) $975,000.00 for attorneys' fees and costs. This represents payment for all fees and costs incurred by Plaintiffs' counsel through payment of the consideration set forth in this Section and dismissal of the Lawsuit as set forth in Section 5 below;

   (iii) $15,000.00 to Named Plaintiff Crowell as a service payment for his role as the representative plaintiff in the lawsuit ("Service Payment"), and in exchange for his agreement to a general release of all claims. Named Plaintiff Crowell shall receive an IRS Form 1099 designated as other income under box 3 for this payment;

   (iv) $26,500.00 total to the Plaintiffs identified on Attachment B as Service Payments for their efforts on behalf of the Plaintiffs during discovery; and

The Company shall transfer the total sum of $1,475,000.00 to a QSF to be established by RG2 Claims Administration LLC ("Claims Administrator"). This payment shall be referred to as "QSF Payment". The Company shall transfer $775,000.00 of the QSF Payment within seven (7) days of a court order approving this Agreement ("First Settlement Payment"). The Company shall transfer the remaining $700,000.00 of the QSF Payment by the later of sixty (60) days of a court order approving this Agreement or January 12, 2024 ("Second Settlement Payment"). The Claims Administrator shall be responsible for distributing the funds to Plaintiffs and Plaintiffs' counsel in the amounts set forth in this Agreement and approved by the Court. The Claims Administrator shall pay Plaintiffs the wage payments and half of the service payments to Named Plaintiff Crowell in subparagraph (iii) above and to the Plaintiffs identified in Attachment B within fourteen (14) days of receipt of the First Settlement Payment. The Claims Administrator shall pay Plaintiffs the liquidated damages payments and half of the service payments identified in Attachment B within fourteen (14) days of receipt of the Second Settlement Payment. The Claims Administrator shall transfer the funds for Plaintiffs' fees, expenses, and costs at the direction of Plaintiffs' counsel, and on two separate occasions in conjunction with the First Settlement Payment and the Second Settlement Payment. Plaintiffs shall have 180 days to negotiate their settlement checks from the date the Claims Administrator issues the check, which will be indicated on the settlement checks.

Plaintiffs and their counsel may request that the Claims Administrator re-issue any check, and the Claims Administrator shall do so, deducting only the cost, if any, of canceling the originally issued check. The Company shall be responsible for the costs of the Claims Administrator in administrating this Agreement.

Any funds remaining in the QSF that are not distributed in that 180-day period shall be paid to Workers' Dignity at 335 Whitsett Road, Nashville, TN 37210 as *cy pres* recipient. Plaintiffs propose this *cy pres* recipient, and the Company agrees not to oppose this request. Should the Court not approve of this *cy pres* recipient, then Plaintiff will propose another organization to the Court for approval to receive these funds, and the Company agrees not to oppose that proposal.

Plaintiffs acknowledge that, but for the execution of this Agreement, they would not be entitled to receive this monetary consideration or other consideration provided for in this Agreement.

The Parties agree that the Claims Administrator shall pay all employment related taxes from the QSF payment, except for the employer share of its taxes. For the employer share of its taxes for Plaintiffs' wage payments, the Claims Administrator will determine the amount of employer share of taxes owed, and the Company agrees to pay that separate amount to the Claims Administrator within the period requested by the Claims Administrator. The Company's share of its employment taxes and other employer obligations will then be paid to the appropriate taxing authorities from the QSF.

The Parties acknowledge the adequacy of consideration provided herein by each to the other, that this is a legally binding document, and that they intend to comply with and be faithful to its terms.

2. **Court Approval.** The Parties agree that Named Plaintiff shall file a motion for approval of the terms of this Agreement following the execution of this Agreement, attaching this Agreement as an exhibit thereto. Named Plaintiff shall file a brief in support of his motion. The Company agrees to not oppose Named Plaintiff's motion. The Parties will cooperate and take all necessary steps to effect final judicial approval of this Agreement. The Parties expressly agree that the terms of this Agreement are fair and equitable, and to the extent that Plaintiffs' counsel is required to petition the Court for approval of the reasonableness and amount of the attorneys' fees and costs to be paid under this Agreement, the Company does not oppose and agrees not to oppose the amount of Plaintiffs' attorneys' fees and costs as stated in Section 1 above.

In the event the Court does not approve this Agreement, the Parties agree to work diligently and in good faith to enter into a modified agreement that addresses all issues raised by the Court and jointly to move the Court for approval of such agreement.

3. **Dismissal of MSEG and Christopher Hyndman.** Upon Court approval, Plaintiffs shall immediately dismiss MSEG and Christopher Hyndman from this lawsuit if they have not been dismissed already. MSEG and Christopher Hyndman agree to remain jointly obligated for the payment of the settlement amount.

4. **Releases.** In exchange for the payments set forth above, and other good and valuable consideration, the receipt of which is hereby acknowledged, Plaintiffs hereby **RELEASE, REMISE, AND FOREVER DISCHARGE** the Company, its former and current parents, subsidiaries, affiliates, and each of their respective trustees, directors, officers, members, administrators, agents, attorneys, employees, personally and in their respective capacities, and any other person or entity representing or succeeding to any such person or entity, from any and all claims, demands, rights, charges, actions, interests, debts, liabilities, damages, costs, attorneys' fees and expenses, or causes of action of whatever type or nature for unpaid wages, whether legal or equitable, whether known or unknown to him/her which he/she may now have against them, either individually, jointly, or severally, his/her individual claims under the Fair Labor Standards Act for payment of hours worked up to the date of this Agreement, all liquidated damages that Plaintiffs may be entitled to under the FLSA, all attorney's fees and costs that Plaintiffs may be entitled to under the FLSA, all other claims asserted under state law in the Lawsuit, and all other claims relating to payment of wages or compensation for hours worked, and/or overtime.

5. **Parties Released.** Plaintiffs acknowledge that this Agreement and the release provision in Section 3 above apply to and protect in all respects the Company, including past, current, and future parent companies, related companies, successors and assigns, owners, members, officers, directors, agents, employees, and insurers of any such entities.

6. **Filing of Notice of Dismissal with Prejudice.** Within 7 days of the transfer of the consideration set forth in Section 1 to the QSF, the Parties shall file a Stipulation of Dismissal with Prejudice with the Court, unless the Court has already entered an order dismissing the lawsuit with prejudice. The Parties agree that the Court shall have continuing jurisdiction to resolve any disputes about this Agreement, to enforce the payment terms, to ensure that the Claims Administrator fulfils its obligations of distributing the QSF in accordance with the terms of this Agreement, and to ensure that the Parties cooperate to fulfill any remaining obligations under the Agreement. Should Plaintiffs be required to seek Court intervention to enforce the payment terms of this Agreement, they are entitled to recover their reasonable attorneys' fees, expenses, and costs incurred as a result of seeking such enforcement.

7. **Modification.** No modification, amendments, cancellation, deletion, addition, extension, or other changes in this Agreement shall be effective for any purpose unless specifically set forth in a written agreement signed by Plaintiffs and the Company. This Agreement constitutes a single, integrated written agreement containing the entire understanding between Plaintiffs and the Company regarding the subject matter hereof and supersedes and replaces all prior agreements and understandings, written or oral.

8. **Non-Admissions.** This Agreement does not constitute an admission by any party to the Agreement that they have violated any law or statute, and all Parties specifically deny any such violation occurred. Plaintiffs acknowledge and agree that this Agreement and the consideration provided herein have been and are made and received solely on the basis of a compromise of disputed claims, and this Agreement is not, and is not to be construed as, an admission by the Company of any liability whatsoever, nor is it, nor shall it be construed as, an admission of any act or fact whatsoever, including any violation of federal or state statute, ordinance, directive, regulation, order (including executive orders), or common law. The

3

Company has denied and continues to deny Plaintiffs' claims and has denied and continues to deny all charges of wrongdoing or liability against them, including but not limited to that the Company willfully violated any law. Although the Company has vigorously contested the allegations in the litigation to date and denies that it committed any wrongful action or violation of law, it believes nonetheless that further litigation with respect to Plaintiffs who are parties to this Agreement would be protracted, expensive, and contrary to its best interests. Substantial amounts of time, energy, and other resources have been and, absent settlement, will continue to be devoted to the defense against Plaintiffs' claims. Considering these realities, the Company believes that settlement is the best way to resolve the disputes among the parties while minimizing their own further expenditures.

9. **Waiver**. The Parties agree that any failure by any party to enforce any right or privilege under this Agreement shall not be deemed to constitute waiver of any rights and privileges contained herein. The terms of this Agreement are to be construed under the laws of the State of Tennessee.

10. The Named Plaintiff's execution of this Agreement on behalf of himself and all other Opt-in Plaintiffs, when approved by the Court and such approval has become final, shall fully effectuate the release provisions of Paragraph 3 above to which each Plaintiff is bound regardless of whether such Plaintiff negotiates a settlement check, provided, however, that the Company makes the payments set forth in this Agreement.

11. All checks issued to Plaintiffs shall contain, on the memorandum portion of the check, the following language:

RELEASE OF CLAIMS

> I understand that I have consented to join in the case *Crowell v. M Street, et al.*, pending in the United States District Court of Middle Tennessee, and I agree to be bound by the settlement negotiated and approved by the named plaintiff.
>
> I irrevocably and unconditionally waive, release, extinguish, acquit and forever discharge any claim I might have for payment of hours worked up to the date of this Agreement, all liquidated damages that I may be entitled to under the FLSA, all attorney's fees and costs that I may be entitled to under the FLSA, all other claims asserted under state law in the Lawsuit, and all other claims relating to payment of wages or compensation for hours worked, and/or overtime.
>
> I understand that the resolution of this case and the consideration received is solely a compromise of disputed claims, and this settlement is not, and is not to be construed as, an admission by M Street of any liability whatsoever, nor is it, nor shall it be construed as, an admission of any act or fact whatsoever, including any violation of federal or state statute, ordinance, directive, regulation, order (including executive orders), or common law.

12. Named Plaintiff, for himself, his attorneys, agents, executors, administrators, personal representatives, heirs, successors, any future estates, assigns and beneficiaries, and any and all of them (collectively, the "Named Releasers"), voluntarily and with the advice of counsel, fully and forever releases, acquits, and discharges the Company, their present or former officers, directors, subsidiaries, affiliates, partners, employees, agents, attorneys, accountants, executors, administrators, personal representatives, heirs, successors and assigns, members, and any or all of them and all persons acting by, through, under, or in concert with any of them (collectively, the "Named Releasees"), in their personal, individual, official and/or corporate capacities, from any and all claims of any nature whatsoever whether brought pursuant to statute or under common law, whether specifically asserted or not, which the Named Releasers, or any of them, may assert relating to any matters relating to their employment with the Company, such released claims include without limitation, any claim of discrimination, retaliation, or any claim under: Title VII of the Civil Rights Act of 1964, as amended; the Age Discrimination in Employment Act ("ADEA"); the ADA; the ADA Amendments Act of 2008; the Tennessee Disability Act; the Tennessee Human Rights Act; the Tennessee Public Protection Act; any retaliatory discharge claim brought pursuant to common law; any negligent hiring, retention, and/or supervision claim; the FLSA; the Family and Medical Leave Act ("FMLA"); any other federal or state statutory claims; and the common law or any other federal, state, or local law or regulation, including, but not limited to, any breach of contract claims, up to and including the date of approval of this Settlement by the Court. This release does not extend to claims for workers' compensation or any other claims that may not be released by virtue of law.

13. **Voluntary and Knowing.** This Agreement is executed voluntarily and without any duress or undue influence on the part or behalf of the parties hereto.

14. **Non-Publicity.** The Parties agree that neither the Company nor Named Plaintiff will publicize this Agreement by posting about it on any social media account not set to private, issuing a press release, or providing any statement to the press. The Company and Named Plaintiff further agree that they shall respond to any press, media, or other similar contact about the settlement by refusing to comment. If either the Company (or its counsel) or Named Plaintiff (or his counsel) is pressed for comment from the press, the Parties, through counsel, shall work together on a joint release. The Company and Named Plaintiff shall both instruct their counsel not to do anything that the Company and Named Plaintiff are barred from doing under this Paragraph. The Parties agree that failure to comply with this paragraph shall amount to a material breach of the Agreement.

15. **Similar Claims Within Next Year.** Named Plaintiff and his counsel of record, including the Yezbak Law Offices PLLC and Barrett Johnston Martin & Garrison, PLLC, agree to handle other potential FLSA claims against the Company for a 360-day period following the date an order is issued approving this Agreement as follows: For any current or former Company employee then represented by Named Plaintiff's counsel during this period, counsel will contact the Company's counsel, James Crumlin (jcrumlin@spencerfane.com) and/or Marty Cook (mcook@spencerfane.com), in writing and attempt to resolve FLSA claims and other related claims in good faith prior to initiating any additional litigation. The claimant and potential plaintiff may not commence formal litigation until they have engaged in good faith negotiations with the Company for at least twenty-one (21) days from the date the Company's counsel is contacted. The

5

FLSA statute of limitations and any other statute of limitations for related claims for each employee will toll from the date Named Plaintiff's counsel contacts the Company's counsel in writing until the claims are settled or filed in court. The Parties specifically agree that the consideration under this Agreement is sufficient to confer these tolling rights on future potential plaintiffs and that the Parties may specifically enforce such tolling. Named Plaintiff's counsel's obligations under this Paragraph will terminate at the end of the 360-day period.

16. **Binding Agreement and Governing Law.** This Agreement shall be binding upon, and inure to the benefit of, the Parties and their affiliates, beneficiaries, heirs, executors, administrators, successors, and assigns. This Agreement is governed by and shall be construed, interpreted, and enforced in accordance with Tennessee law without reference to principles of conflicts of law, except insofar as it is required to be governed by federal law.

17. **Entire Agreement.** This Agreement constitutes the entire agreement of the Parties concerning the subjects included herein. If any conflict between this Agreement and any other settlement-related document arises, the Parties intend that this Agreement shall be controlling.

18. **Certification.** The signatories to this Agreement certify that they are authorized to sign on behalf of their respective parties.

19. **Counterparts.** The Parties may execute this Agreement in counterparts, and execution in counterparts shall have the same force and effect as if the Parties had signed the same instrument.

20. **Voiding the Agreement.** If this Agreement or any amended version agreed upon by the Parties does not obtain judicial approval for any reason, this Agreement shall be null and void in its entirety, unless expressly agreed in writing by all Parties.

**PLAINTIFF:**

_____
Connor Crowell

Date: 11/03/23

**DEFENDANTS:**

M Street Entertainment, LLC

By: _____

Name: Chris hyndman

Title: President

Date: 11/03/2023

Moto, LLC

By: _____

Name: Chris hyndman

Title: President

Date: 11/03/2023

Kayne Prime, LLC

By: _____

Name: Chris hyndman

Title: President

Date: 11/03/2023

7

1120, LLC

By: *[signature]*

Name: Chris hyndman

Title: President

Date: 11/03/2023

Lime, LLC

By: *[signature]*

Name: Chris hyndman

Title: President

Date: 11/03/2023

WK, LLC

By: *[signature]*

Name: Chris hyndman

Title: President

Date: 11/03/2023

Virago, LLC

By: *[signature]*

Name: Chris Hyndman

Title: President

Date: 11/03/2023

8

MSEG, LLC

By: _____

Name: Chris hyndman

Title: President

Date: 11/03/2023

Christopher Hyndman

_____

Date: 11/03/2023

9

# ATTACHMENT A

|    | Name | Wages | Liquidated Damages | Total |
|----|------|------:|------:|------:|
| 1  | Anderson, James | $ 1,592.71 | $ 1,592.71 | $ 3,185.42 |
| 2  | Angeles, Joshua | $ 216.31 | $ 216.30 | $ 432.61 |
| 3  | Apgar, Julie | $ 1,290.69 | $ 1,290.68 | $ 2,581.37 |
| 4  | Arnold, Jennifer | $ 25.00 | $ 25.00 | $ 50.00 |
| 5  | Ascencio, Alisha | $ 381.05 | $ 381.04 | $ 762.09 |
| 6  | Aulich, Melanie | $ 4,420.97 | $ 4,420.97 | $ 8,841.94 |
| 7  | Aulicino, Steven | $ 5,477.05 | $ 5,477.04 | $ 10,954.09 |
| 8  | Azer, Alex | $ 25.00 | $ 25.00 | $ 50.00 |
| 9  | Ball, Sarah | $ 1,456.10 | $ 1,456.09 | $ 2,912.19 |
| 10 | Ballenger, Rachel | $ 79.47 | $ 79.46 | $ 158.93 |
| 11 | Barton, Jack | $ 100.01 | $ 100.00 | $ 200.01 |
| 12 | Beach, Ryan | $ 87.95 | $ 87.95 | $ 175.90 |
| 13 | Beattie, Kyle | $ 25.00 | $ 25.00 | $ 50.00 |
| 14 | Bell, James | $ 466.32 | $ 466.31 | $ 932.63 |
| 15 | Benge, Zachary T | $ 91.75 | $ 91.74 | $ 183.49 |
| 16 | Bergaglio, Luke | $ 79.47 | $ 79.46 | $ 158.93 |
| 17 | Bilder, Erin | $ 190.86 | $ 190.85 | $ 381.71 |
| 18 | Blake, JoBeth A | $ 79.47 | $ 79.46 | $ 158.93 |
| 19 | Blevins, Tyler | $ 327.47 | $ 327.47 | $ 654.94 |
| 20 | Bonino, Taylor | $ 115.41 | $ 115.40 | $ 230.81 |
| 21 | Bragg, Thomas | $ 1,089.34 | $ 1,089.33 | $ 2,178.67 |
| 22 | Branaghan, Brian | $ 98.44 | $ 98.44 | $ 196.88 |
| 23 | Branch, Andrew | $ 470.11 | $ 470.11 | $ 940.22 |
| 24 | Brassfield, Erica | $ 25.00 | $ 25.00 | $ 50.00 |
| 25 | Bray, Jeron | $ 25.00 | $ 25.00 | $ 50.00 |
| 26 | Brimm, Ashley | $ 10,210.60 | $ 10,210.59 | $ 20,421.19 |
| 27 | Brown, Marisa M | $ 397.34 | $ 397.34 | $ 794.68 |
| 28 | Brown, Savanna | $ 479.49 | $ 479.48 | $ 958.97 |
| 29 | Brown, Stacie | $ 25.00 | $ 25.00 | $ 50.00 |
| 30 | Buehring, Ryan D | $ 959.87 | $ 959.86 | $ 1,919.73 |
| 31 | Burch, Robbie Louise | $ 94.43 | $ 94.42 | $ 188.85 |
| 32 | Caldwell, Corey Tyler | $ 25.00 | $ 25.00 | $ 50.00 |
| 33 | Campbell, Kyle | $ 411.85 | $ 411.85 | $ 823.70 |
| 34 | Campbell, Natasha | $ 464.76 | $ 464.75 | $ 929.51 |
| 35 | Campopiano, Marissa | $ 355.15 | $ 355.15 | $ 710.30 |

| # | Name | | | |
|---|---|---|---|---|
| 36 | Careaga, Manuel | $ 79.47 | $ 79.46 | $ 158.93 |
| 37 | Carlisle, Dylan | $ 1,195.15 | $ 1,195.14 | $ 2,390.29 |
| 38 | Carlson, Emily | $ 79.47 | $ 79.46 | $ 158.93 |
| 39 | Carroll, Eric | $ 79.47 | $ 79.46 | $ 158.93 |
| 40 | Carver, Dalton | $ 25.00 | $ 25.00 | $ 50.00 |
| 41 | Chabot, Patrick | $ 25.00 | $ 25.00 | $ 50.00 |
| 42 | Chambers, Dylan | $ 254.48 | $ 254.47 | $ 508.95 |
| 43 | Chambers, Grace | $ 25.00 | $ 25.00 | $ 50.00 |
| 44 | Champion, Caroline | $ 25.00 | $ 25.00 | $ 50.00 |
| 45 | Coates, John | $ 613.65 | $ 613.64 | $ 1,227.29 |
| 46 | Coke, Marisa | $ 6,507.90 | $ 6,507.90 | $ 13,015.80 |
| 47 | Collier, Elyn | $ 25.00 | $ 25.00 | $ 50.00 |
| 48 | Coney, Ladarius | $ 3,433.43 | $ 3,433.42 | $ 6,866.85 |
| 49 | Connor, Elizabeth | $ 79.47 | $ 79.46 | $ 158.93 |
| 50 | Considine, Dana | $ 79.47 | $ 79.46 | $ 158.93 |
| 51 | Cooper, Debbra Claire | $ 1,138.90 | $ 1,138.89 | $ 2,277.79 |
| 52 | Crowell, Connor | $ 79.47 | $ 79.46 | $ 158.93 |
| 53 | Cuce, Dominick | $ 103.35 | $ 103.35 | $ 206.70 |
| 54 | Davis, Telece | $ 398.68 | $ 398.68 | $ 797.36 |
| 55 | De Grandpre, Roger | $ 25.00 | $ 25.00 | $ 50.00 |
| 56 | DeYarmon-Lungcharoen, Catriona | $ 1,026.61 | $ 1,026.61 | $ 2,053.22 |
| 57 | Demaree, Bryan | $ 79.47 | $ 79.46 | $ 158.93 |
| 58 | Denton, Kristy | $ 8,427.41 | $ 8,427.41 | $ 16,854.82 |
| 59 | DiGioia, Grace | $ 587.98 | $ 587.97 | $ 1,175.95 |
| 60 | Driscoll, Joseph | $ 25.00 | $ 25.00 | $ 50.00 |
| 61 | Dunn, Victoria | $ 2,390.29 | $ 2,390.29 | $ 4,780.58 |
| 62 | Durey, Amanda | $ 236.40 | $ 236.39 | $ 472.79 |
| 63 | Eisenhauer, Ashley | $ 856.07 | $ 856.06 | $ 1,712.13 |
| 64 | English, William | $ 129.25 | $ 129.24 | $ 258.49 |
| 65 | Estrada, Amy | $ 2,434.72 | $ 2,434.71 | $ 4,869.43 |
| 66 | Evans, Hugh | $ 6,362.58 | $ 6,362.58 | $ 12,725.16 |
| 67 | Fahmy, Matthew | $ 699.59 | $ 699.58 | $ 1,399.17 |
| 68 | Fill, John Brian | $ 100.23 | $ 100.22 | $ 200.45 |
| 69 | Fortuna, Page | $ 88.84 | $ 88.84 | $ 177.68 |
| 70 | Freeman Jr, Kelvin | $ 79.47 | $ 79.46 | $ 158.93 |
| 71 | Fromm, Desiree | $ 79.47 | $ 79.46 | $ 158.93 |
| 72 | Gaines, Jessica | $ 232.60 | $ 232.60 | $ 465.20 |
| 73 | Gervasio, Abigail | $ 939.56 | $ 939.55 | $ 1,879.11 |

| # | Name | | | |
|---|---|---|---|---|
| 74 | Goldstein, Judah | $ 25.00 | $ 25.00 | $ 50.00 |
| 75 | Gonzales, Marcel | $ 2,198.99 | $ 2,198.99 | $ 4,397.98 |
| 76 | Gorman, Brandon | $ 895.36 | $ 895.35 | $ 1,790.71 |
| 77 | Green, Grace | $ 270.55 | $ 270.55 | $ 541.10 |
| 78 | Grier, John Cameron | $ 485.29 | $ 485.29 | $ 970.58 |
| 79 | Grimes, David | $ 405.60 | $ 405.60 | $ 811.20 |
| 80 | Groat, Melody | $ 94.43 | $ 94.42 | $ 188.85 |
| 81 | Gullbergh, Christian | $ 79.47 | $ 79.46 | $ 158.93 |
| 82 | Guy, Austin | $ 554.05 | $ 554.04 | $ 1,108.09 |
| 83 | Hall, Ciera | $ 88.84 | $ 88.84 | $ 177.68 |
| 84 | Hammett, Shinique | $ 25.00 | $ 25.00 | $ 50.00 |
| 85 | Harkins, Lynsey | $ 1,809.46 | $ 1,809.46 | $ 3,618.92 |
| 86 | Harley, John Daniel | $ 79.47 | $ 79.46 | $ 158.93 |
| 87 | Harold, Megan | $ 25.00 | $ 25.00 | $ 50.00 |
| 88 | Harris, Mykal L | $ 25.00 | $ 25.00 | $ 50.00 |
| 89 | Helleu, Joelle | $ 85.27 | $ 85.27 | $ 170.54 |
| 90 | Hicks III, John Cashin | $ 79.47 | $ 79.46 | $ 158.93 |
| 91 | Hilber, Corinne | $ 1,146.71 | $ 1,146.70 | $ 2,293.41 |
| 92 | Hunter, Ella Grace | $ 79.47 | $ 79.46 | $ 158.93 |
| 93 | Hurd, Weston | $ 79.47 | $ 79.46 | $ 158.93 |
| 94 | Ivanov, Galin | $ 281.49 | $ 281.48 | $ 562.97 |
| 95 | Jackson, Zayvon | $ 1,119.47 | $ 1,119.47 | $ 2,238.94 |
| 96 | Jarvis, Erin | $ 143.53 | $ 143.53 | $ 287.06 |
| 97 | Jones, Alexander | $ 2,001.88 | $ 2,001.88 | $ 4,003.76 |
| 98 | Ka, Aminata | $ 1,599.85 | $ 1,599.85 | $ 3,199.70 |
| 99 | Karlin, Max | $ 3,125.82 | $ 3,125.82 | $ 6,251.64 |
| 100 | Katchucka, Christopher | $ 2,035.81 | $ 2,035.81 | $ 4,071.62 |
| 101 | Kelly, Tyrese | $ 79.47 | $ 79.46 | $ 158.93 |
| 102 | Kennedy, Kassidy | $ 84.38 | $ 84.38 | $ 168.76 |
| 103 | Kline, Dylan | $ 601.59 | $ 601.59 | $ 1,203.18 |
| 104 | Kopischke, Adam Shane | $ 2,723.12 | $ 2,723.12 | $ 5,446.24 |
| 105 | Kramer, Rachel | $ 79.47 | $ 79.46 | $ 158.93 |
| 106 | Kromholtz, Katelyn | $ 91.30 | $ 91.30 | $ 182.60 |
| 107 | Krongyut, Varit | $ 2,097.20 | $ 2,097.20 | $ 4,194.40 |
| 108 | Lander, Lindsey | $ 25.00 | $ 25.00 | $ 50.00 |
| 109 | Langenstein, Chris | $ 79.47 | $ 79.46 | $ 158.93 |
| 110 | Layne, Heather | $ 1,023.04 | $ 1,023.04 | $ 2,046.08 |
| 111 | LeBlanc, Michelle | $ 8,103.52 | $ 8,103.51 | $ 16,207.03 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 112 | Lee, Claybon | $ | 25.00 | $ | 25.00 | $ | 50.00 |
| 113 | Leimer, Glenn Connor | $ | 25.00 | $ | 25.00 | $ | 50.00 |
| 114 | Leite, Ryan Michael | $ | 802.05 | $ | 802.04 | $ | 1,604.09 |
| 115 | Lester, Thomas | $ | 2,392.08 | $ | 2,392.08 | $ | 4,784.16 |
| 116 | Llovio, Duncan | $ | 1,347.83 | $ | 1,347.83 | $ | 2,695.66 |
| 117 | Lloyd, Hayden | $ | 1,044.69 | $ | 1,044.69 | $ | 2,089.38 |
| 118 | Locke, Justin | $ | 763.43 | $ | 763.43 | $ | 1,526.86 |
| 119 | Logan, Sloane | $ | 1,297.83 | $ | 1,297.83 | $ | 2,595.66 |
| 120 | Lokey, Mary | $ | 7,157.71 | $ | 7,157.71 | $ | 14,315.42 |
| 121 | Maines, William | $ | 1,077.95 | $ | 1,077.95 | $ | 2,155.90 |
| 122 | Malone, Noah | $ | 25.00 | $ | 25.00 | $ | 50.00 |
| 123 | Manning, Madison | $ | 25.00 | $ | 25.00 | $ | 50.00 |
| 124 | Martin, Mark | $ | 7,807.07 | $ | 7,807.07 | $ | 15,614.14 |
| 125 | Matthews, Marcus | $ | 79.47 | $ | 79.46 | $ | 158.93 |
| 126 | Maxwell, Raegan | $ | 1,348.73 | $ | 1,348.72 | $ | 2,697.45 |
| 127 | Mazzu, Zoe | $ | 785.53 | $ | 785.53 | $ | 1,571.06 |
| 128 | McCarthy, Liam | $ | 79.47 | $ | 79.46 | $ | 158.93 |
| 129 | McCormac, Megan | $ | 428.82 | $ | 428.81 | $ | 857.63 |
| 130 | McDonald, Carsen | $ | 79.47 | $ | 79.46 | $ | 158.93 |
| 131 | McDonald, Travis | $ | 923.93 | $ | 923.92 | $ | 1,847.85 |
| 132 | McNaughton, Sam | $ | 92.42 | $ | 92.41 | $ | 184.83 |
| 133 | Meehan, Katelyn | $ | 88.62 | $ | 88.62 | $ | 177.24 |
| 134 | Merrifield, Kali | $ | 434.17 | $ | 434.17 | $ | 868.34 |
| 135 | Metcalfe, Taylor | $ | 661.86 | $ | 661.86 | $ | 1,323.72 |
| 136 | Millard, Lindsay-Rae C | $ | 316.53 | $ | 316.53 | $ | 633.06 |
| 137 | Miller, Ellen | $ | 531.95 | $ | 531.94 | $ | 1,063.89 |
| 138 | Miller, Emily R | $ | 1,206.98 | $ | 1,206.97 | $ | 2,413.95 |
| 139 | Miller, Kara | $ | 358.50 | $ | 358.50 | $ | 717.00 |
| 140 | Miller, Lindsay | $ | 115.19 | $ | 115.18 | $ | 230.37 |
| 141 | Miller, Mallory | $ | 1,920.85 | $ | 1,920.85 | $ | 3,841.70 |
| 142 | Miller, Wesley | $ | 25.00 | $ | 25.00 | $ | 50.00 |
| 143 | Mitchell, Reagan | $ | 79.47 | $ | 79.46 | $ | 158.93 |
| 144 | Mohammadpour, Chloe | $ | 171.66 | $ | 171.66 | $ | 343.32 |
| 145 | Monacelli, Philip | $ | 160.05 | $ | 160.05 | $ | 320.10 |
| 146 | Moore, Andrew | $ | 87.95 | $ | 87.95 | $ | 175.90 |
| 147 | Moore, Emma | $ | 1,695.40 | $ | 1,695.39 | $ | 3,390.79 |
| 148 | Moore, Phoenix | $ | 1,293.81 | $ | 1,293.81 | $ | 2,587.62 |
| 149 | Moore, Russell | $ | 682.85 | $ | 682.84 | $ | 1,365.69 |

| # | Name | | | | | | |
|---|---|---|---|---|---|---|---|
| 150 | Morgan, Andrew | $ | 809.86 | $ | 809.86 | $ | 1,619.72 |
| 151 | Morgan, Katherine Grace Woodall | $ | 549.80 | $ | 549.80 | $ | 1,099.60 |
| 152 | Morton, Braxton | $ | 79.92 | $ | 79.91 | $ | 159.83 |
| 153 | Moss, Maci F | $ | 1,581.55 | $ | 1,581.55 | $ | 3,163.10 |
| 154 | Munro, Kaylee | $ | 79.47 | $ | 79.46 | $ | 158.93 |
| 155 | Neiswanger, Rachel | $ | 8,545.50 | $ | 8,545.50 | $ | 17,091.00 |
| 156 | Netherland, Alexander | $ | 796.69 | $ | 796.69 | $ | 1,593.38 |
| 157 | Netherton, Karri | $ | 86.61 | $ | 86.61 | $ | 173.22 |
| 158 | Ortiz, Luis G Rojas | $ | 92.86 | $ | 92.86 | $ | 185.72 |
| 159 | Pacetti, Austin J | $ | 375.24 | $ | 375.24 | $ | 750.48 |
| 160 | Pent, Julia | $ | 91.52 | $ | 91.52 | $ | 183.04 |
| 161 | Phillips, Andrew | $ | 25.00 | $ | 25.00 | $ | 50.00 |
| 162 | Pitton, Nicole | $ | 5,833.54 | $ | 5,833.54 | $ | 11,667.08 |
| 163 | Poltis, Chloe | $ | 897.81 | $ | 897.81 | $ | 1,795.62 |
| 164 | Powell, Connor | $ | 79.47 | $ | 79.46 | $ | 158.93 |
| 165 | Prior, Simon | $ | 79.47 | $ | 79.46 | $ | 158.93 |
| 166 | Pryor, Jenna | $ | 1,953.22 | $ | 1,953.22 | $ | 3,906.44 |
| 167 | Pulley, Christopher | $ | 132.15 | $ | 132.15 | $ | 264.30 |
| 168 | Quinette, Sarah | $ | 810.75 | $ | 810.75 | $ | 1,621.50 |
| 169 | Quinn, Connor | $ | 152.69 | $ | 152.68 | $ | 305.37 |
| 170 | Raupach, Nicole | $ | 1,805.22 | $ | 1,805.22 | $ | 3,610.44 |
| 171 | Reinhold, Abigail | $ | 3,722.05 | $ | 3,722.05 | $ | 7,444.10 |
| 172 | Reyes, Junior | $ | 79.47 | $ | 79.46 | $ | 158.93 |
| 173 | Richards, Zane | $ | 79.47 | $ | 79.46 | $ | 158.93 |
| 174 | Rihner, Timothy | $ | 25.00 | $ | 25.00 | $ | 50.00 |
| 175 | Rizzitello, Eric | $ | 1,927.55 | $ | 1,927.54 | $ | 3,855.09 |
| 176 | Rodd, Kayla | $ | 89.29 | $ | 89.29 | $ | 178.58 |
| 177 | Roseberry, James | $ | 1,228.63 | $ | 1,228.63 | $ | 2,457.26 |
| 178 | Ruebush, Sam | $ | 883.97 | $ | 883.97 | $ | 1,767.94 |
| 179 | Rush, Jessica | $ | 715.21 | $ | 715.21 | $ | 1,430.42 |
| 180 | Ruud, Klint | $ | 741.33 | $ | 741.33 | $ | 1,482.66 |
| 181 | Ryan, Savannah | $ | 672.80 | $ | 672.80 | $ | 1,345.60 |
| 182 | Sargent, Jared | $ | 1,224.61 | $ | 1,224.61 | $ | 2,449.22 |
| 183 | Sarullo, Ariel | $ | 79.47 | $ | 79.46 | $ | 158.93 |
| 184 | Scafidi, Lexie | $ | 79.47 | $ | 79.46 | $ | 158.93 |
| 185 | Scandin, Allison | $ | 118.98 | $ | 118.98 | $ | 237.96 |
| 186 | Scarlett, Megan | $ | 25.00 | $ | 25.00 | $ | 50.00 |
| 187 | Schesser, Ashley | $ | 86.39 | $ | 86.38 | $ | 172.77 |

| # | Name | Col1 | Col2 | Col3 |
|---|---|---:|---:|---:|
| 188 | Segarra, Michael | $ 1,246.49 | $ 1,246.48 | $ 2,492.97 |
| 189 | Shepard, Wesley | $ 220.55 | $ 220.54 | $ 441.09 |
| 190 | Sheppard, Beverly Nicole | $ 511.41 | $ 511.40 | $ 1,022.81 |
| 191 | Sherry, Jessica | $ 508.28 | $ 508.28 | $ 1,016.56 |
| 192 | Shoun, Taylor | $ 1,229.75 | $ 1,229.74 | $ 2,459.49 |
| 193 | Shukla, Lyndsey E | $ 1,259.88 | $ 1,259.88 | $ 2,519.76 |
| 194 | Sidwell, Matthew | $ 160.05 | $ 160.05 | $ 320.10 |
| 195 | Siegrist, Melanie | $ 25.00 | $ 25.00 | $ 50.00 |
| 196 | Skaggs, Keuna Rene | $ 4,081.89 | $ 4,081.89 | $ 8,163.78 |
| 197 | Smart, Kevin | $ 79.47 | $ 79.46 | $ 158.93 |
| 198 | Smith, Adam | $ 1,489.58 | $ 1,489.58 | $ 2,979.16 |
| 199 | Smith, Alyson | $ 990.00 | $ 990.00 | $ 1,980.00 |
| 200 | Smith, Julian Dre | $ 874.37 | $ 874.37 | $ 1,748.74 |
| 201 | Smith, Lance | $ 25.00 | $ 25.00 | $ 50.00 |
| 202 | Spensieri, Analise | $ 98.67 | $ 98.66 | $ 197.33 |
| 203 | Spillane, Christopher | $ 222.11 | $ 222.11 | $ 444.22 |
| 204 | Spragan, Michael | $ 79.69 | $ 79.69 | $ 159.38 |
| 205 | Sprang, Emily | $ 25.00 | $ 25.00 | $ 50.00 |
| 206 | Stanley, Nicholas | $ 9,175.22 | $ 9,175.21 | $ 18,350.43 |
| 207 | Steel, John Dustin | $ 79.47 | $ 79.46 | $ 158.93 |
| 208 | Stewart, Brandon | $ 1,675.75 | $ 1,675.75 | $ 3,351.50 |
| 209 | Stovall, Adam | $ 25.00 | $ 25.00 | $ 50.00 |
| 210 | Strebel, Blake | $ 102.46 | $ 102.46 | $ 204.92 |
| 211 | Sullivan, Ryan | $ 82.82 | $ 82.81 | $ 165.63 |
| 212 | Syverson, Rebecca | $ 546.23 | $ 546.23 | $ 1,092.46 |
| 213 | Tankard, Brooklyn | $ 79.47 | $ 79.46 | $ 158.93 |
| 214 | Tapert, Meridan | $ 198.67 | $ 198.67 | $ 397.34 |
| 215 | Thompson, Brett | $ 1,982.69 | $ 1,982.68 | $ 3,965.37 |
| 216 | Trella, Abigail | $ 5,229.94 | $ 5,229.93 | $ 10,459.87 |
| 217 | Tripp, Cassandra | $ 87.28 | $ 87.28 | $ 174.56 |
| 218 | Villet, Reagan | $ 3,614.46 | $ 3,614.46 | $ 7,228.92 |
| 219 | Vivier, Jason | $ 768.12 | $ 768.11 | $ 1,536.23 |
| 220 | Walden, Schyler | $ 45.54 | $ 45.53 | $ 91.07 |
| 221 | Walker, Dakota | $ 79.47 | $ 79.46 | $ 158.93 |
| 222 | Walker, Kiera | $ 84.60 | $ 84.60 | $ 169.20 |
| 223 | Wallace, Krystal | $ 406.49 | $ 406.49 | $ 812.98 |
| 224 | Warkentin, Dayle | $ 87.51 | $ 87.50 | $ 175.01 |
| 225 | Warner, Chauntel | $ 79.47 | $ 79.46 | $ 158.93 |

| # | Name | | | | | | |
|---|---|---|---|---|---|---|---|
| 226 | Warren, Jessilyn | $ | 195.10 | $ | 195.09 | $ | 390.19 |
| 227 | Washington, Rickey L | $ | 31.92 | $ | 31.92 | $ | 63.84 |
| 228 | Weber Jr, Ronald E | $ | 377.03 | $ | 377.02 | $ | 754.05 |
| 229 | White, Cody | $ | 129.70 | $ | 129.69 | $ | 259.39 |
| 230 | White, Lindsey | $ | 79.47 | $ | 79.46 | $ | 158.93 |
| 231 | Whitnel, Terra Jade | $ | 79.47 | $ | 79.46 | $ | 158.93 |
| 232 | Wich, Melanie | $ | 726.82 | $ | 726.82 | $ | 1,453.64 |
| 233 | Widener, Shari L | $ | 575.48 | $ | 575.47 | $ | 1,150.95 |
| 234 | Wiggers, Kaitlyn | $ | 4,341.28 | $ | 4,341.28 | $ | 8,682.56 |
| 235 | Williams, Christopher Scott | $ | 54.02 | $ | 54.02 | $ | 108.04 |
| 236 | Williams, Joseph | $ | 25.00 | $ | 25.00 | $ | 50.00 |
| 237 | Wilson, Ashley | $ | 1,311.67 | $ | 1,311.67 | $ | 2,623.34 |
| 238 | Wilson, Joshua | $ | 2,741.20 | $ | 2,741.20 | $ | 5,482.40 |
| 239 | Winwood, Lilly | $ | 787.99 | $ | 787.98 | $ | 1,575.97 |
| 240 | Wren, Tyler | $ | 1,546.06 | $ | 1,546.05 | $ | 3,092.11 |
| 241 | Wright, Johnathan | $ | 79.47 | $ | 79.46 | $ | 158.93 |
| | **TOTAL** | **$** | **229,250.53** | **$** | **229,249.47** | **$** | **458,500.00** |

# ATTACHMENT B

| | Name | Service Payment |
|---|---|---|
| 1 | Anderson, James (Ryan) | $ 500.00 |
| 2 | Angeles, Joshua | $ 500.00 |
| 3 | Aulicino, Steven | $ 500.00 |
| 4 | Ball, Sarah | $ 500.00 |
| 5 | Barton, Jack | $ 500.00 |
| 6 | Blevins, Tyler | $ 500.00 |
| 7 | Bragg, Thomas | $ 500.00 |
| 8 | Brimm, Ashley | $ 500.00 |
| 9 | Buehring, Ryan | $ 500.00 |
| 10 | Carlisle, Dylan | $ 500.00 |
| 11 | Carlson, Emily | $ 500.00 |
| 12 | Coates, John | $ 500.00 |
| 13 | Coney, Ladarius | $ 500.00 |
| 15 | Dunn, Victoria Leigh | $ 500.00 |
| 16 | Durey, Amanda | $ 500.00 |
| 17 | Estrada, Amy | $ 500.00 |
| 18 | Evans, Hugh | $ 500.00 |
| 19 | Harkins, Lynsey | $ 500.00 |
| 20 | Hicks III, John | $ 500.00 |
| 21 | Ivanov, Galin | $ 500.00 |
| 22 | Jackson (Arnold), Jennifer | $ 500.00 |
| 23 | Jones, Alexander (Xander) | $ 500.00 |
| 24 | Karlin, Max | $ 500.00 |
| 25 | Kelly, Tyrese | $ 500.00 |
| 26 | Kromholtz, Katelyn | $ 500.00 |
| 27 | Krongyut, Varit | $ 500.00 |
| 28 | Layne, Heather | $ 500.00 |
| 29 | Lokey, Mary | $ 500.00 |
| 30 | Martin, Mark | $ 500.00 |
| 31 | Maxwell, Raegan | $ 500.00 |
| 32 | McCarthy, Liam | $ 500.00 |
| 33 | Metcalf, Taylor | $ 500.00 |
| 34 | Mitchell, Reagan | $ 500.00 |
| 35 | Mohammadpour, Chloe | $ 500.00 |
| 36 | Moore, Emma | $ 500.00 |
| 37 | Moore, Phoenix | $ 500.00 |
| 38 | Morgan, Katherine | $ 500.00 |
| 39 | Neiswanger, Rachel | $ 500.00 |

| | | | |
|---|---|---|---|
| 40 | Netherland, Alexander "AJ" | $ | 500.00 |
| 41 | Pryor, Jenna | $ | 500.00 |
| 42 | Reinhold, Abigail | $ | 500.00 |
| 43 | Rizzitello, Eric | $ | 500.00 |
| 44 | Ruud, Klint | $ | 500.00 |
| 45 | Skaggs, Keuna | $ | 500.00 |
| 46 | Smith, Adam | $ | 500.00 |
| 47 | Smith, Julian Dre | $ | 500.00 |
| 48 | Spensieri, Analise | $ | 500.00 |
| 49 | Stanley, Nicholas | $ | 500.00 |
| 50 | Trella, Abigail | $ | 500.00 |
| 51 | Villet, Reagan | $ | 500.00 |
| 52 | Warkentin, Dayle | $ | 500.00 |
| 53 | Wilson, Joshua | $ | 500.00 |
| 54 | Zane Richards | $ | 500.00 |
| | **TOTAL** | **$ 26,500.00** | |