Motion GRANTED.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| CONNOR CROWELL, On Behalf of Himself and All Others Similarly Situated, | ) ) ) ) | |
| Plaintiff, | ) ) | COLLECTIVE ACTION |
| | ) | CASE NO. 3:21-cv-517 |
| v. | ) ) | JUDGE TRAUGER |
| M STREET ENTERTAINMENT, LLC, et al., | ) ) ) | JURY DEMAND |
| Defendants. | ) ) | |

## PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF THE PARTIES' SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE

Named Plaintiff Connor Crowell, on behalf of himself and the Opt-In Plaintiffs (collectively, "Plaintiffs") in this FLSA collective action, proceeding pursuant to 29 U.S.C. § 216(b), submits this motion for approval of the parties' Settlement Agreement (attached as Exhibit 1) and dismissal of this case with prejudice.

Plaintiffs respectfully request that the Court approve this FLSA settlement because it reflects a fair and reasonable compromise of contested issues. The parties engaged in extensive, arm's-length negotiations over several weeks, initially with the assistance of Michael Russell, an experienced mediator in wage and hour litigation, and eventually through face-to-face negotiations. Ultimately, the Parties reached a final agreement on all material issues, including the amounts to be paid as damages to each of the Plaintiffs, a service payment for Named Plaintiff, service payments to Opt-In Plaintiffs whose participation in the litigation led to the settlement, and attorneys' fees, costs, and expenses.

Plaintiffs and their counsel are satisfied that the terms of the resulting Settlement