IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CONNOR CROWELL, On Behalf of Himself and All Others Similarly Situated, | ) ) ) COLLECTIVE ACTION ) |
| Plaintiff, | ) CASE NO. 3:21-cv-517 ) |
| v. | ) JUDGE TRAUGER ) |
| M STREET ENTERTAINMENT, LLC, et al., | ) JURY DEMAND ) ) |
| Defendants. | ) |

## ORDER APPROVING SETTLEMENT

This matter is before the Court on Plaintiffs' Unopposed Motion for Approval of the Parties' Settlement Agreement and Dismissal with Prejudice. For good cause shown, the Plaintiffs' Unopposed Motion is GRANTED. The Court hereby APPROVES the parties' settlement as a fair and reasonable compromise of *bona fide* disputes under the Fair Labor Standards Act and dismisses Plaintiffs' claims with prejudice.

It is so ORDERED.

**Judge Aleta A. Trauger**
UNITED STATES DISTRICT JUDGE